ROBERT J. GRAVES, Respondent, *v.* PHŒBE L. SCOVIL, THE MERCANTILE TRUST COMPANY, Appellant.

(Argued April 13, 1886; decided April 27, 1886.)

*John S. Hill* for appellant.

*Benjamin Estes* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.